**Affirmed and Opinion Filed October 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00717-CR**

**PABLO HERNANDEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-76438-Q**

## MEMORANDUM OPINION

Before Justices Goldstein, Garcia, and Miskel
Opinion by Justice Miskel

After a jury found appellant Pablo Hernandez guilty of the offense of continuous sexual abuse of a child, the trial court entered judgment convicting Hernandez of continuous sexual abuse of a child as charged in the indictment and sentenced him to thirty years' confinement in the Texas Department of Criminal Justice's Institutional Division. Hernandez appealed, and his appointed counsel filed a motion to withdraw and a brief under *Anders v. California* in which she stated that after thorough review, she found no grounds for appeal with potential merit. *See* 386 U.S. 738, 744–45 (1967). Counsel's brief and motion meet the requirements of

*Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds for relief. *See Stafford v. State*, 813 S.W.2d 503, 510 n.3 (Tex. Crim. App. 1991).

In compliance with *Kelly v. State*, counsel (1) notified Hernandez of her motion to withdraw, (2) provided him a copy of the motion and the brief, (3) informed him of his right to file a pro se response, (4) informed him of his right to seek discretionary review should this Court hold the appeal frivolous, and (5) took concrete measures to facilitate his review of the appellate record. *See* 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). This Court afforded Hernandez the opportunity to file a response, but he did not do so.

After appointed counsel files a motion to withdraw on the ground that an appeal is frivolous, we are obligated to undertake an independent examination of the record to determine whether there is any arguable ground that may be raised. *See Stafford*, 813 S.W.2d at 511. Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988).

After review, we agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support an appeal.

We grant counsel's motion to withdraw. Within five days of the date of this Court's opinion, counsel shall send a copy of the opinion and judgment to Hernandez and advise Hernandez of his right to pursue a petition for discretionary review. *See*

TEX. R. APP. P. 48.4.  We affirm the judgment.

/Emily Miskel/
EMILY MISKEL
JUSTICE

Goldstein, J., concurring.

220717f.u05
Do Not Publish
TEX. R. APP. P. 47



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PABLO HERNANDEZ, Appellant

No. 05-22-00717-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas Trial Court Cause No. F21-76438-Q. Opinion delivered by Justice Miskel. Justices Goldstein and Garcia participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 18th day of October, 2023.